IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA

| | | |
|---|---|---|
| UNITED STATES OF AMERICA | ) | Case No. 1:21 MJ 107 RMM |
| | ) | |
| Plaintiff | ) | Judge Robin M. Meriweather |
| | ) | United States Magistrate Judge |
| vs. | ) | |
| | ) | |
| MATTHEW PERNA | ) | ENTRY OF APPEARANCE |
| | ) | |
| Defendant | ) | |

    J. GERALD INGRAM, having been admitted pro hac vice, hereby enters his appearance as retained counsel for the Defendant, MATTHEW PERNA, and requests that he be notified of all future hearings scheduled in this matter.

                                                                    Respectfully submitted,

                                                                    /s/ *J. Gerald Ingram*
                                                                    J. GERALD INGRAM (#0007887)
                                                                    INGRAM, CASSESE & GRIMM, LLP.
                                                                    7330 Market Street
                                                                    Youngstown, OH 44512
                                                                    330/758-2308 (phone) 330/758-8290 (fax)
                                                                    Email: jingram@icglegal.com
                                                                    COUNSEL FOR DEFENDANT

**CERTIFICATE OF SERVICE**

    I hereby certify that on January 28, 2021, a copy of the foregoing Entry of Appearance was electronically filed. Notice of this filing will be sent to counsel of record by operation of the Court's electronic filing system.

                                                                    /s/J. GERALD INGRAM
                                                                    J. Gerald Ingram (#0007887)
                                                                    Attorney for Defendant, Matthew Perna