AO 442 (Rev. 11/11) Arrest Warrant

# UNITED STATES DISTRICT COURT
for the
District of Columbia

| United States of America | ) |
|---|---|
| v. | ) |
| Matthew Perna | ) Case No. |
| | ) |
| | ) |
| | ) |
| Defendant | ) |

## ARREST WARRANT

To:     Any authorized law enforcement officer

**YOU ARE COMMANDED** to arrest and bring before a United States magistrate judge without unnecessary delay

*(name of person to be arrested)*   Matthew Perna,

who is accused of an offense or violation based on the following document filed with the court:

☐ Indictment     ☐ Superseding Indictment     ☐ Information     ☐ Superseding Information     ☑ Complaint
☐ Probation Violation Petition     ☐ Supervised Release Violation Petition     ☐ Violation Notice     ☐ Order of the Court

This offense is briefly described as follows:

18 U.S.C. 1752 (a)(1) and (2) - Knowingly Entering or Remaining in any Restricted Building or Grounds Without Lawful Authority

40 U.S.C. § 5104(e)(2)(D) and (G) - Disorderly Conduct on Capitol Grounds

Date:   01/18/2021

*Robin M. Meriweather*
Digitally signed by Robin M. Meriweather
Date: 2021.01.18 15:52:18 -05'00'

*Issuing officer's signature*

Robin M. Meriweather
United States Magistrate Judge

City and state:   Washington, DC

*Printed name and title*

### Return

This warrant was received on *(date)* 1/18/21, and the person was arrested on *(date)* 1/19/21
at *(city and state)* Sharpsville, Pennsylvania.

Date: 1/20/21

*Arresting Officer's signature*

Thomas Jordan SA
*Printed name and title*